United States District Court
Southern District of Texas
**ENTERED**
March 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTURO GARZA, LAQUINTA JONES, AND DORIS MORALES, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARY SITUATED, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:22-CV-00079 |
| HERRMAN & HERRMAN, PLLC, GREG HERRMAN, STEVEN C. STRATSO, KYZMYCK BYERLY, RODNEY GLENN, HECTOR LUNA, AND DOES 1 THROUGH 100, | § § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the Memorandum and Opinion Order signed by the Court on this date, the Court finds that Plaintiffs failed to state a claim under the Racketeer Influenced and Corrupt Organizations Act upon which relief can be granted. Further, the Court declines to exercise supplemental jurisdiction over Plaintiffs' remaining state-law claims for relief.

Accordingly, the Plaintiffs' federal law claims against all Defendants in Counts One, Two, and Three of their Complaint are **DISMISSED WITH PREJUDICE.** Plaintiffs' remaining state-law Counts against all Defendants are **DISMISSED WITHOUT PREJUDICE**. All relief requested by Plaintiffs is denied. All relief not expressly granted herein is denied. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

This is a **FINAL JUDGMENT**.

Signed on March 28, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**